

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-80,412-01 AND WR-80,412-02

### EX PARTE CESAR GARZA, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1996CR5971W-W1 AND 1996CR5972W-W1
### IN THE 290TH DISTRICT COURT FROM BEXAR COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offenses of aggravated assault and possession of a controlled substance and was sentenced to imprisonment.

This Court has received the trial court's findings addressing the merits of Applicant's claims. The trial court indicates in the findings that an evidentiary hearing was held in which testimony was given. The habeas record does not contain a copy of the transcription of the testimony. The trial court shall order the Bexar County District Clerk to supplement the habeas record to this Court with a copy of the transcription, which shall be forwarded to this Court within 30 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: July 23, 2014
Do not publish